UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――X
In re:                                                                          CHAPTER 13
CEDRIC SAMUEL WILSON                                          CASE NO: 18-43309-CEC

                                       Debtor.
―――――――――――――――――――――――――X

## ORDER TRANSFERRING CASE TO UNITED STATES BANKRUPTCY COURT IN THE SOUTHERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. §1408

MOTION HAVING BEEN MADE BY Cedric Samuel Wilson (the "Debtor"), through his attorney, The Law Office of Anthony M. Vassallo, by Notice of Motion dated July 31, 2018 and supporting application for an Order transferring the above-referenced bankruptcy proceeding to the United States Bankruptcy Court located in the Southern District of New York pursuant to 28 U.S.C. §1408 (the "Motion"); and it appearing that said Motion having been served upon Michael Macco, the Chapter 13 Trustee, the United States Trustee and all other parties entitled to receive notice of said Motion; and said Motion having been scheduled to be heard by the Honorable Carla E. Craig, United States Bankruptcy Judge on August 14, 2018 at 11:30 a.m.; and Anthony Vassallo, Esquire, attorney for the Debtor, having appeared in support thereof; and Michael Macco, the Chapter 13 Trustee having appeared at the hearing; and after due deliberation having been had thereon and good and sufficient cause having been shown, it is

ORDERED, that the above-captioned bankruptcy case shall be transferred to the United States Bankruptcy Court, Southern District of New York; and it is further

ORDERED, that the Clerk of the Court is directed to take the necessary steps to effectuate the transfer of the above-referenced case to the United States Bankruptcy Court, Southern District of New York including transferring the necessary file.



**Dated: Brooklyn, New York**
**August 29, 2018**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**